Gloria Lopez
Name

317 Cadena St.
Address
Berino N.M. 88024

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 OCT -1  PM 3: 56

CLERK-LAS CRUCES

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Gloria Lopez , Plaintiff
(Full Name)

v.

, Defendant(s)

U.S. Postal Service,
Elvia Consuelo Antunez

CASE NO. 21-CV-966-CG
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

### A.   JURISDICTION

1)   Gloria Lopez , is a citizen of New Mexico
    (Plaintiff)                                    ( State )
who presently resides at 317 Cadena St. Berino N.M. 88024
                              (Mailing address or place of confinement)
P.O. Box 1461 Anthony, N.M. 88021 .

2)   Defendant Elvia Consuelo Antunez is a citizen of
             (Name of first defendant)
La Mesa, New Mexico , and is employed as
             (City, State)
Postmaster, at the La Mesa NM. Post Office . At the time the claim(s)
    ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☑   No ☐   If your answer is "Yes", briefly explain:
I was being send to do yard cleaning under the hot sun
in order to have some hours to work, while another
clark was bing called to do my work at the counter.

3) Defendant U.S. Postal Service _____ is a citizen of
(Name of second defendant)
161405. HWY 28 La Mesa N.M. , and is employed as
(City, State)
_____ . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐   No ☐   If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)
This case needs retaliation.
I was under terrible work harassment, humiliations and discrimination acts. I witnessed crime fraud management abusement. I was a victim of a felony act, months prior to leave me without a job.

**B. NATURE OF THE CASE**

1) Briefly state the background of your case.

I Gloria Lopez, was left without my job for not wanting to participate in fraud and crime acts, against customers and the Postal Service.

On March 17th. 2016, Postmaster, Elvia Consuelo Antunez, left me without my job and used her partner in crime, as a witness, Carrier Rodolfo Uribe.

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:

The cause of doing all kind of abusement against me, is for informing the delinquency and crime activities.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Mr. Paul Pantoja Mr. Robert Ponce, Mr. Bryan Smith and Mr. Wes Redmond, All these management Postal employees were informed of the abusement and crime activites. They were informed sence 2014.

B)(1)  Count II:

(2)  Supporting Facts:

I have, text messages letters, emails, pictures, audio recordings.
A Doctor notice of Mach, 17. 2016

1)

A) (1)

     On October 5, 2015 is when Postmaster Elvia Consuelo Antunez, told me what she wanted from me.

     I was threatened inside the postal office, she wanted a resignation letter and for me to leave, or else she going to turn me in to immigration and she was going to used her word power to leave me without my postal carrier. I recorded the treat.

     I opened an EEO case No. 4E-852-0005-16, for the treat. at mediation on Jan. 4 2016, Posmaster Antunez denied everything and called me a liar.

She violated the agreement and did not stoped the work harassment. She hired anothe clerk to help her with the abusement and to gave her my work hours.

Clerk, Elisa Madrid was now doing the work harassment when Ms. Antunez was not in the Office.

     On Mach 18 2016, I receved a text message informing me that I was no longer a postal employee and to turn in my keys and bach.

1)
A)(1)

This same day Mach 18, 2016 I was also left without my pay for the last two weeks that I work in the La Mesa Post Office.

On April 15, 2016, I received anothe text message sending me the amount of one of my checks. Postmaster Antunez opened my mail and did not used the P.O. Box 213, that a was senting for may mail to be delivered.

Postmaster Elvia Consuelo Antunez violated my rights as an emplyee and as a customer like a lot of other customers rights.

C)(1)  Count III:

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☑   If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a)  Parties to previous lawsuit.

Plaintiffs:   _____

Defendants:   _____

b)  Name of court and docket number:

c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

d)  Issues raised:   _____

e)  Approximate date of filing lawsuit: _____

f)  Approximate date of disposition: _____

2)  I have previously sought informal or formal releif from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☐   No ☐    If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

## E.    REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief:

I need my work back and all this time that
I been without my job, to be paid.


_____        _____
Signature of Attorney (if any)                    Signature of Petitioner


Attorney's full address and telephone
number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at  US District house of Las Cruces NM.  on  Oct. 1-2021  20___.
          (Location)                    (Date)

                              (Signature)