IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA LOPEZ,

    Plaintiff,

v.                                                       No. 2:21-cv-00966-KWR-CG

UNITED STATES POSTAL SERVICE and
ELVIA CONSUELO ANTUNEZ,

    Defendants.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (Doc. 6) entered on **November 1, 2021**, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                                                         **KEA W. RIGGS**
                                                                   **UNITED STATES DISTRICT JUDGE**